United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-10982-sr
William A. Bitters                                                        Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 1    Date Rcvd: Jul 25, 2016
                Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2016.
13610392    +Goshen Mortgage, LP,   Seneca Mortgage Servicing LLC,   611 Jamison Rd.,   Elma, NY 14059-9392

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2016 at the address(es) listed below:
      ANN E. SWARTZ    on behalf of Creditor    AJX Mortgage Trust I, a Delaware Trust, Wilmington
      Savings Fund Society, FSB, Trustee ASwartz@mwc-law.com,   ecfmail@mwc-law.com
      CAROL B. MCCULLOUGH    on behalf of Debtor William A. Bitters mcculloughessenberg@gmail.com,
      G25217@notify.cincompass.com
      CELINE P. DERKRIKORIAN    on behalf of Creditor    AJX Mortgage Trust I, a Delaware Trust,
      Wilmington Savings Fund Society, FSB, Trustee ecfmail@mwc-law.com
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
      JASON BRETT SCHWARTZ    on behalf of Creditor    U.S. Bank National Association
      jschwartz@mesterschwartz.com,   jottinger@mesterschwartz.com
      JOHN A. TORRENTE    on behalf of Creditor    Bucks County Tax Claim Bureau
      jtorrente@begleycarlin.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Kondaur Capital Corporation
      bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
      POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
      ecf_frpa@trustee13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM EDWARD MILLER    on behalf of Creditor    Goshen Mortgage, LP wmiller@sterneisenberg.com,
      nmiller@sterneisenberg.com
                                                                                      TOTAL: 10

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 14-10982-sr
Chapter 13

In re: Debtor(s) (including Name and Address)

William A. Bitters
681 Mason Drive
Warminster PA 18974

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/15/2016.

Name and Address of Alleged Transferor(s):

Claim No. 6: Goshen Mortgage, LP, Seneca Mortgage Servicing LLC, 611 Jamison Rd., Elma, NY 14059

Name and Address of Transferee:

AJX Mortgage Trust I, a Delaware Trust
c/o Goshen Funding LLC
P.O. Box 25430
Portland, Oregon 97298

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/27/16

Tim McGrath
**CLERK OF THE COURT**