United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                     Case No. 14-10982-jkf
William A. Bitters                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: admin              Page 1 of 2           Date Rcvd: Mar 01, 2019
                            Form ID: 3180W           Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2019.
```
db              +William A. Bitters,    681 Mason Drive,    Warminster, PA 18974-2703
13760538        +AJX Mortgage Trust I, a Delaware Trust,    c/o Goshen Funding LLC,    P.O. Box 25430,
                  Portland, Oregon 97298-0430
13247843        +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                  Arlington, TX 76096-3853
13323268        +Bucks County Tax Claim Bureau,    c/o John A.Torrente,Esq.,    55 East Court Street,
                  Doylestown, PA 18901-4318
13250424       ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,    LIBERTYVILLE IL 60048-5339
                 (address filed with court:  Snap-on Credit LLC,    950 Technology Way, Suite 301,
                  Libertyville, IL 60048)
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Mar 02 2019 03:24:34      City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 02 2019 03:24:13      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13269844         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 02 2019 03:23:47
                  Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                  Harrisburg, PA 17128-0946
13344676         E-mail/Text: bknotices@snsc.com Mar 02 2019 03:25:01      SN Servicing Corporation,
                  323 Fifth Avenue,    Eureka, CA 95502
13294965         EDI: AGFINANCE.COM Mar 02 2019 08:08:00      Springleaf Financial Services,    P.O. Box 3251,
                  Evansville, IN 47731-3251
13439734        +E-mail/Text: bknotices@snsc.com Mar 02 2019 03:25:01      U.S. Bank Trust National Assoc., et al,
                  c/o SN Servicing Corp.,    323 5th Street,    Eureka CA 95501-0305
                                                                                               TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2019 at the address(es) listed below:
```
              ADAM BRADLEY HALL    on behalf of Creditor    AJX Mortgage Trust I, a Delaware Trust, Wilmington
               Savings Fund Society, FSB, Trustee amps@manleydeas.com
              ANN E. SWARTZ    on behalf of Creditor    AJX Mortgage Trust I, a Delaware Trust, Wilmington
               Savings Fund Society, FSB, Trustee ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
              CAROL B. MCCULLOUGH    on behalf of Debtor William A. Bitters mcculloughheisenberg@gmail.com,
               G25217@notify.cincompass.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    AJX Mortgage Trust I, a Delaware Trust,
               Wilmington Savings Fund Society, FSB, Trustee ecfmail@mwc-law.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    U.S. Bank National Association
               jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
              JOHN A. TORRENTE    on behalf of Creditor    Bucks County Tax Claim Bureau
               jtorrente@begleycarlin.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Kondaur Capital Corporation
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
```

```
District/off: 0313-2          User: admin              Page 2 of 2                Date Rcvd: Mar 01, 2019
                              Form ID: 3180W           Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          KARINA  VELTER    on behalf of Creditor   AJX Mortgage Trust I, a Delaware Trust, Wilmington Savings Fund Society, FSB, Trustee amps@manleydeas.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          SCOTT  WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
          THOMAS I. PULEO    on behalf of Creditor   Kondaur Capital Corporation tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
          WILLIAM EDWARD MILLER    on behalf of Creditor   Goshen Mortgage, LP wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

                                                                                                          TOTAL: 14

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **William A. Bitters** <br> First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–2348** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | |
| Case number: | **14–10982–jkf** | |

# Order of Discharge                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

William A. Bitters

2/28/19                                                          **By the court:**   Jean K. FitzSimon
                                                                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**