United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 14-10982-jkf
William A. Bitters                                                    Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: Lisa                 Page 1 of 1              Date Rcvd: Jul 25, 2019
                                Form ID: 195               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2019.
db             +William A. Bitters,    681 Mason Drive,    Warminster, PA 18974-2703

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2019                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2019 at the address(es) listed below:
              ADAM BRADLEY HALL    on behalf of Creditor    AJX Mortgage Trust I, a Delaware Trust, Wilmington
               Savings Fund Society, FSB, Trustee amps@manleydeas.com
              ANN E. SWARTZ    on behalf of Creditor    AJX Mortgage Trust I, a Delaware Trust, Wilmington
               Savings Fund Society, FSB, Trustee ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
              CAROL B. MCCULLOUGH    on behalf of Debtor William A. Bitters mcculloughheisenberg@gmail.com,
               cbmccullough64@gmail.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    AJX Mortgage Trust I, a Delaware Trust,
               Wilmington Savings Fund Society, FSB, Trustee ecfmail@mwc-law.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    U.S. Bank National Association
               jschwartz@mesterschwartz.com,   jottinger@mesterschwartz.com
              JOHN A. TORRENTE    on behalf of Creditor    Bucks County Tax Claim Bureau
               jtorrente@begleycarlin.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Kondaur Capital Corporation
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              KARINA  VELTER    on behalf of Creditor    AJX Mortgage Trust I, a Delaware Trust, Wilmington
               Savings Fund Society, FSB, Trustee amps@manleydeas.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    Kondaur Capital Corporation tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    Goshen Mortgage, LP wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                               TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                         : Chapter 13

William A. Bitters                                   : Case No. 14–10982–jkf

      Debtor(s)

### ORDER
_____

AND NOW, this day , June 24, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

    By The Court

    Jean K. FitzSimon
    Judge , United States Bankruptcy Court

74
Form 195